RECEIVED
IN MONROE, LA
AUG 5 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ANNIE MAE HENDERSON | * | CIVIL ACTION NO. 08-0552 |
| VERSUS | * | JUDGE JAMES |
| JOULE YACHT TRANSPORT, INC., ET AL. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion to dismiss pursuant to F.R.C.P. Rule 12(b)(6) [doc. # 5] filed by defendants, Joule Yacht Transport, Inc. and Eric J. Larson, is hereby **GRANTED**, and that plaintiff's claims against said defendants are **DISMISSED, WITH PREJUDICE.**

THUS DONE AND SIGNED this 5 day of August, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE